# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ROBERTO SIGUENYA CHACON | * |
| PLAINTIFF | * |
| v. | *   Case No.: 1:18-cv-227-RBW |
| RCJ, INC. D/B/A STAN'S RESTAURANT, *ET AL.* | * |
| DEFENDANTS. | * |

*****************************************************************************

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through their undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that the above-captioned action is dismissed in its entirety with prejudice, with each party to bear its own fees and costs.

Dated: August 6, 2018          Respectfully submitted,

  /s/ Gregg C. Greenberg
Gregg C. Greenberg, Bar No. MD17291
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Phone:  301-587-9373
Email:  ggreenberg@zagfirm.com

*Counsel for Plaintiff*

    /s/ Curtis A. Boykin
Curtis A. Boykin, Bar No. 444120
Douglas & Boykin, PLLC
1850 M Street, NW, Suite 640
Washington, DC 20036
Phone:  202-776-0370
Email:  caboykin@douglasboykin.com

*Counsel for Defendants*